UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEENA L. HORNER, Individually and as
ADMINISTRATRIX OF THE ESTATE OF MICHAEL
A. HORNER, Deceased,

                        Plaintiff,

v.

                        Civ. No.: 14-cv-639

JOSEPH D. CUMMINGS, COLLINS TRUCKING,
INC., BRAD L. COLLINS, DAIMLER TRUCKS OF
NORTH AMERICA, LLC and FREIGHTLINER, LCC,

                        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed Defendant Daimler Trucks North America LLC's Brief in Support of its Objections to July 29, 2015 Order with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to attorneys noted below.

**COUGHLIN & GERHART, LLP**
Robert R. Jones, Esq.
 Attorneys for Plaintiff
99 Corporate Drive
PO Box 2039
Binghamton, New York 13902

**CONNORS LAW, LLP**
Kevin Connors, Esq.
 Attorneys for Defendant
 Joseph D. Cummings
140 S. Village Avenue, Suite 120
Exton, PA 19341

**THOMAS,THOMAS & HAFER, LLP**
Todd B. Narvol, Esq.
 Attorneys for Defendants Collins
 Trucking, Inc. and Brad L. Collins
350 North Front Street
P.O. Box 999
Harrisburg, PA  17108

**WEBSTER SZANYI LLP**
Attorneys for Defendant
  Daimler Trucks North America LLC
  Formerly known as Freightliner LLC

By:   *s/ Thomas S. Lane*
         Thomas S. Lane
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
tlane@websterszanyi.com